

# Retention Periods of Major Cellular Service Providers

Data gathered by the Computer Crime and Intellectual Property Section, U.S. Department of Justice

| | Verizon | T-Mobile | AT&T/Cingular | Sprint | Nextel | Virgin Mobile[1] |
|---|---|---|---|---|---|---|
| Subscriber Information | Post-paid: 3-5 years* | 5 years | Depends on length of service | Unlimited | Unlimited | Unlimited |
| Call detail records | 1 rolling year | Pre-paid: 2 years Post-paid: 5 years | Pre-paid: varies Post-paid: 5-7 years | 18-24 months | 18-24 months | 2 years |
| Cell towers used by phone | 1 rolling year | Officially 4-6 months, really a year or more. | From July 2008 | 18-24 months | 18-24 months | Not retained - obtain through Sprint |
| Text message detail | 1 rolling year | Pre-paid: 2 years Post-paid: 5 years | Post paid: 5-7 years | 18 months (depends on device) | 18 months (depends on device) | 60-90 days |
| Text message content | 3-5 days | Not retained | Not retained | Not retained | Not retained | 90 days (search warrant required with "text of text" request) |
| Pictures | Only if uploaded to website (customer can add or delete pictures any time) | Can be stored online and are retained until deleted or service is canceled | Not retained | Contact provider | Contact provider | Not retained |
| IP session information | 1 rolling year | Not retained | Only retained on non-public IPs for 72 hours. If public IP, not retained. | 60 days | 60 days | Not retained |
| IP destination information | 90 days | Not retained | Only retained on non-public IPs for 72 hours. If public IP, not retained. | 60 days | 60 days | Not retained |
| Bill copies (post-paid only) | 3-5 years, but only last 12 months readily available | Not retained | 5-7 years | 7 years | 7 years | n/a[‡] |
| Payment history (post-paid only) | 3-5 years, check copies for 6 months* | 5 years | Depends on length of service | Unlimited | Unlimited | n/a[‡] |
| Store Surveillance Videos | Typically 30 days | 2 weeks | Depends. Most stores carry for 1-2 months | Depends | Depends | n/a |
| Service Applications | Post-paid: 3-5 years* | Not retained | Not retained | Depends | Depends | Not retained |

\* May vary by former company
\*\* For records older than mid-Nov. 2007, Sprint can only provide bill reprints with outgoing info
‡ No bill copies, but list of credit card transactions does not expire
[1] Virgin Mobile is now owned by Sprint. Since companies have separate compliance offices, for now they are listed separately.

August 2010                    Law Enforcement Use Only