# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BLAKE COOLEY and LOUIS FLOYD, on behalf of themselves and others similarly situated, | : CIVIL ACTION FILE NO.<br>: 1:19-cv-01185-TWT |
| Plaintiffs, | : |
| v. | : |
| FIRST DATA MERCHANT SERVICES, LLC, NATIONAL PAYMENT SYSTEMS, LLC AND JOHN DOE CORPORATION D.B.A ONE CONNECT PROCESSING, | : |
| Defendants. | : |

## ORDER ON PLAINTIFFS' MOTION TO COMMENCE LIMITED DISCOVERY TO AVOID THE DESTRUCTION OF RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS

This Court GRANTS the Plaintiffs' motion and commences limited discovery to allow the Plaintiffs to serve discovery on the John Doe Corporation or any third party that may have information that could identify putative class members.

SIGNED THIS 8th DAY OF July, 2019.

/s/ Thomas W. Thrash
Thomas W. Thrash, Jr.
Chief United States District Court Judge