UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLAKE COOLEY, on behalf of themselves and others similarly situated, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST DATA MERCHANT SERVICES, LLC, et al,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-1185-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant First Data Merchant Services, LLC 's Motion to Dismiss, and the court having granted said motion, and having granted Defendants National Payment Systems LLC and National Payment Systems OR, LLC's Motion to Dismiss on November 15, 2019, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 7th day of February, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:   Ashley Coleman
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 7, 2020
James N. Hatten
Clerk of Court

By:   s/ A. Coleman
         Deputy Clerk